FILED
CLERK, U.S. DISTRICT COURT

Feb 10, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LEOPOLDO CARRANZA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKVIEW DAIRIES, INC., a California Corporation doing business as ROCKVIEW FARMS; ROYCE FRENCH, an individual; DAVID DOMINGUEZ, an individual; DANIEL GARCIA, an individual; RICK RAMIREZ, an individual; BILL KROESE, an individual; and, DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00044 SVW(Ex)<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom 10A<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND REMANDING ACTION TO STATE COURT<br><br>JS-6 |

The Court, having reviewed the Stipulation for leave to file a First Amended Complaint and remanding the action to state court (the "Stipulation") entered into by and between Plaintiff Leopoldo Carranza ("Plaintiff"), and defendants Rockview Dairies, Inc., Royce French, David Dominguez, Daniel Garcia, Rick Ramirez and Bill Kroese (collectively "Defendants"), and good cause appearing therefor,

Rutan & Tucker, LLP
attorneys at law

2210/100669-0019
10609796 1 a02/09/17

-1-

CASE NO. 2:17-cv-00044 SVW(EX)
[PROPOSED] ORDER GRANTING LEAVE TO
AMEND COMPLAINT AND REMANDING ACTION

IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file the First Amended Complaint attached as Exhibit 1 to the Stipulation. The filing date will be the date this Order is entered.

2. Because Plaintiff has stipulated that he is not asserting any claims for breach of federal contracts or Executive Orders in the First Amended Complaint, and not asserting any other federal claims in the action, the action is hereby remanded back to the Superior Court for the State of California, County of Los Angeles.

3. Subject to any further Order issued by the state court, Defendants shall have 30 days after the remand becomes effective to file responsive pleadings.

4. Remand shall be effected when the court clerk mails a certified copy of this order of remand to the clerk of the state court.

**IT IS SO ORDERED.**

Dated: February 10, 2017

_____
Honorable Stephen V. Wilson
Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2210/100669-0019
10609796 1 a02/09/17

-2-

CASE NO. 2:17-CV-00044 SVW(EX)
[PROPOSED] ORDER GRANTING LEAVE TO
AMEND COMPLAINT AND REMANDING ACTION